

IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

**FILED**
Aug 20 2008
AUG 2 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **ALEKS RECHANIK PRO SE**  Plaintiff, | ) ) CASE No. |
| V | ) |
| Microsoft Corporation, A Washington Corporation, | ) ) ) |
| | ) DEMAND FOR |
| **Defendant**, | ) JURY TRIAL |

### NOTICE OF CLAIMS INVOLVING

### MAIL FRAUD, WIRE FRAUD, RACKETEERING, WILLFUL BREACH OF THE

### SETTLEMENT AGREEMENT AND ABUSE OF FEDERAL JUDICIARY

Plaintiff Aleks Rechanik PRO SE, by it himself, and pursuant to LR 3,4 of the local Rules of the United States District Court for the Northern District of Illinois, hereby provides the information the Clerk is required to the Commissioner pursuant to 15 U.S.C §1116(C).

**08CV4741**
**JUDGE MAROVICH**
**MAG. JUDGE VALDEZ**

**Names and Addresses of Litigants:**

Plaintiff:
ALEKS RECHANIK PRO SE
1216 Thorndale lane
Lake Zurich, Illinois 60047

Defendants:
MICROSOFT CORPORATION
A Washington corporation
One Microsoft Way
Redmond, Washington 98052

## CERTIFICATE OF SERVICE

The undersigned, Aleks Rechanik PRO SE, hereby certifies that on August 20, 2008, he placed with the process server true and correct copies of the foregoing Notice of Claims Involving Mail Fraud, Wire Fraud, Racketeering, Willful Breach of the Settlement Agreement and Abuse of Federal Judiciary To be served on the party listed below pursuant to the affidavit of the process Server which be filed with this Court upon completion of service :

Microsoft Corporation
A Washington corporation
One Microsoft Way
Redmond, Washington 98052

*[signature]*

---

Aleks Rechanik PRO SE
1216 Thorndale Lane
lake Zurich, IL 60047
Ph. (847)726-3008
Fax.(847)726-3068