

## APPEARANCE FORM FOR PRO SE LITIGANTS

## DISTRICT COURT FOR THE NORTHERN DISTRICT

## OF ILLINOIS

**FILED**
Aug 20. 2008
AUG 2 0 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NAME :          ALEKS   RECHANIK

(Please print)

STREET ADDRESS:     1216 THORNDALE  Lane

CITY/STATE/ZIP:  Lake  Zurich , IL  60047

PHONE NUMBER:     (847)-726-3008

CASE NUMBER:

**08CV4741
JUDGE MAROVICH
MAG.JUDGE VALDEZ**

_____
Signature

08. 20. 2008
_____
Date

Rechanik PRO SE pleadings08/v1